

FILED
JAN 13 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Megan Michelle FOSTER, <br> Amanda Nicole FOSTER <br><br> Defendants. | Magistrate Docket No. <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1324(a)(1)(A)(ii) <br> Transportation of Illegal Aliens <br><br> '14MJ0101 |

The undersigned complainant being, duly sworn, states:

On or about January 10, 2014, within the Southern District of California, defendant Megan Michelle FOSTER and Amanda Nicole FOSTER, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Fernando PRECIADO-Teyes and Jesus Valentin JIMENEZ-Barragan, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jonathan Burland
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 13th DAY OF January, 2014.

WILLIAM MCCURINE JR.
United States Magistrate Judge

SLL

**CONTINUATION OF COMPLAINT:**
Megan Michelle FOSTER,
Amanda Nicole FOSTER

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that Fernando PRECIADO-Teyes and Jesus Valentin JIMENEZ-Barragan, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 10, 2014, Border Patrol Agents I. Vargas, T. Francisco, R. Gallardo and J.Corpuz were assigned to uniformed checkpoint operations near Pine Valley, California. The checkpoint is located approximately twelve miles north of the United States/Mexico International Boundary and eight miles east of the Tecate, California Port of Entry.

At approximately 4:45 PM, Agent Francisco observed a white Toyota Camry approach the primary inspection area with two female occupants in the vehicle. Agent Francisco conducted an immigration inspection on the driver, later identified as defendant Megan Michelle FOSTER and the passenger, later identified as defendant Amanda Nicole FOSTER. Both occupants stated they were United States Citizens. Agent Francisco noticed that the rear of the vehicle was heavily laden and asked M. FOSTER for consent to search the trunk. M. FOSTER responded, "Get the dog." Agent Francisco then referred the vehicle to secondary for further inspection.

Agent Gallardo and Vargas received the vehicle in secondary and asked the driver for consent to search the trunk to which she responded, "Go ahead." Agent Gallardo then asked M. FOSTER to open the trunk and she said, "Get the dog." Agent Vargas noticed M. FOSTER's fingers were shaking and that she avoided eye contact during questioning. Agent Vargas questioned M. FOSTER as to her travel itinerary and she stated she was coming from a concert in Arizona. After questioning M. FOSTER, Agent Vargas requested a canine search of the vehicle. During the search, Agent Vargas noticed M.FOSTER frantically grabbed her phone and began erasing text messages. The canine sniff resulted in a negative alert and Agent Gallardo prematurely released the vehicle while Agent Vargas was still conducting his investigation. At that time, Agents Vargas and Corpuz left the checkpoint in a marked Border Patrol vehicle with working emergency equipment and lights to follow M. FOSTER and A. FOSTER.

After verifying that the vehicle in front of them was the subject's vehicle, Agents Vargas and Corpuz conducted a vehicle stop just east of the Los Coches exit on the Interstate 8 westbound lanes, approximately thirty three and a half miles north of the Tecate, California Port of entry.

SLK

**CONTINUATION OF COMPLAINT:**
**Megan Michelle FOSTER,**
**Amanda Nicole FOSTER**

Agent Corpuz asked M. FOSTER for her drivers license and M. FOSTER stated she did not have her license with her. Agent Vargas asked M. FOSTER for consent to search the trunk. At that time, M. FOSTER consented to a trunk search. Agent Vargas and Corpuz opened the trunk and discovered two male subjects inside. At approximately 6:00 PM, Agents Corpuz and Vargas placed M. FOSTER and A. FOSTER under arrest.

Agents Corpuz and Vargas then removed the two males from the trunk, later identified as material witnesses Jesus Valentin JIMENEZ Barragan and Fernando PRECIADO Teyes. Agents Corpuz and Vargas conducted an immigration inspection on JIMENEZ and PRECIADO. Both subjects stated they were citizens and nationals of Mexico present without proper documentation that would allow them to enter or remain in the United States legally. At approximately 6:05 PM, Agents Corpuz and Vargas placed JIMENEZ and PRECIADO under arrest.

**Executed on January 11, 2014 at 10:00 AM.**

Kalin C. Chester
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 10, 2014, in violation of 8 USC 1324(a)(1)(A)(ii).

WILLIAM MCCURINE JR.
U.S. Magistrate Judge

12:24 PM, Jan 11, 2014
Date/Time